| | | |
|---|---|---|
| PROB 22 (Rev. 2/88) | **TRANSFER OF JURISDICTION** | CASE NUMBER *(Tran. Court)* 2:14CR000133-001 |
| | | CASE NUMBER *(Rec. Court)* |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE: | DISTRICT | DIVISION |
|---|---|---|
| Carl Marciniak<br>900 Vista Park Drive<br>Carson City, NV  89705 | Eastern District of Pennsylvania | |
| | NAME OF SENTENCING JUDGE<br>J. Curtis Joyner | |
| | DATES OF PROBATION/SUPERVISED RELEASE: | FROM 12/27/19   TO 12/26/22 |

OFFENSE

18 USC § 1343, 1349 – wire fraud and aiding and abetting (Count One); 18 USC § 371 – conspiracy (Count Two); and 15 USC § 78j(b) and 17 CFR 240.10b-5 – securities fraud and aiding and abetting (Count Three)

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE <u>Eastern District of Pennsylvania</u>

    IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the Court to the United States District Court for the Nevada upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this Court.*

| 8/10/20 | s/J. Curtis Joyner |
|---|---|
| *Date* | *United States District Judge* |

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE <u>District of  Nevada</u>

    IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

| 9/14/2020 | |
|---|---|
| *Effective Date* | *United States District Judge* |

Prob12A
D/NV Form
Rev. June 2014

# United States District Court
## for
## the District of Nevada

### REQUEST FOR ACCEPTANCE OF TRANSFER OF JURISDICTION
*Probation Form 22 (Order of Transfer) is Attached*
**August 11, 2020**

Name of Offender: **Carl Marciniak**

Case Number: **TBD**

Name of Sentencing Judicial Officer: **Honorable J. Curtis Joyner**

Date of Original Sentence: **December 7, 2017**

Original Offense: **Wire Fraud, Conspiracy, Securities Fraud, Aiding and Abetting**

Original Sentence: **24 Months prison, followed by 36 Months TSR.**

Date Supervision Commenced: **December 27, 2019**

Date Jurisdiction Transferred to District of Nevada: **Pending**

Name of Assigned Judicial Officer: **TBD**

### SUMMARY

On December 7, 2017, Carl Marciniak was sentenced in the Eastern District of Pennsylvania to twenty-four (24) months custody, followed by a three-year (3) term of supervised release, for the offenses of Wire Fraud, Conspiracy, Securities Fraud, and Aiding and Abetting, by the Honorable J. Curtis Joyner, United States District Judge. On December 27, 2019, Marciniak commenced his term of supervised release. Marciniak released to Reno, Nevada as he is an established resident with family ties.

Marciniak intends to reside in our district throughout his supervision. In an effort to expedite any future matters which may require the Court's attention, it is recommended that the Court accept jurisdiction of the case. Attached is the form 22, Transfer of Jurisdiction, for Your Honor's review and consideration.

RE: Carl Marciniak                             **DO NOT FILE**

Prob12A
D/NV Form
Rev. June 2014

Respectfully submitted,

_Digitally signed by Landon VanWormer_
_Date: 2020.08.11 09:00:01 -07'00'_

Landon VanWormer
United States Probation Officer

Approved:

_Digitally signed by Todd White_
_Date: 2020.08.11 09:04:35 -07'00'_

Todd E. White
Supervisory United States Probation Officer

---

Please indicate your response below and return to the Probation Office:

☑   Concur with the proposed course of action.

☐   Other (please include Judicial Officer instructions below):

--------------------------------------------------------------------------------

--------------------------------------------------------------------------------

--------------------------------------------------------------------------------

Signature of Judicial Officer

 9/14/2020
Date